**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7582**

TERENCE LINWOOD LOCKETT, SR.,

                    Plaintiff – Appellant,

          v.

EARNEST TONEY; WESLEY REED; JAMES ENNIS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   John A. Gibney, Jr., District Judge.  (3:13-cv-00209-JAG)

Submitted: November 21, 2013      Decided: November 26, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terence Linwood Lockett, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Linwood Lockett, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action without prejudice for failing to pay the initial partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lockett v. Toney, No. 3:13-cv-00209-JAG (E.D. Va. Sept. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2